**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOADIN TECHNOLOGY, LLC,                )<br>                                                                )<br>     Plaintiff,                                           )<br>                                                                )<br>v.                                                             )       Civil Action No: 11-802-RGA<br>                                                                )<br>BLOOMBERG L.P. *et al.*,                     )<br>                                                                )<br>     Defendants.                                      )| |

**STIPULATION OF DISMISSAL**

The plaintiff, Boadin Technology, LLC, and defendants, Bloomberg, L.P.; Dow Jones & Company, Inc.; The New York Times Company; CNBC LLC; Fox News Network, LLC; and Gannett Co., Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Jack B. Blumenfeld* |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | Rodger D. Smith II (#3778) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | jblumenfeld@mnat.com |
| weinblatt@swdelaw.com | rsmith@mnat.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2012.

_____
United States District Court Judge